```
 1  McCARTHY, JOHNSON & MILLER
        LAW CORPORATION
 2  LORI A. NORD, ESQ., #87993
    595 Market Street, Suite 2200
 3  San Francisco, CA  94105
    Telephone:  (415) 882-2992
 4  Facsimile:  (415) 882-2999
    E-mail:     lnord@mjmlaw.us
 5
    Attorneys for Plaintiffs
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE PIPE TRADES ) No. C 06 7302 WHA
    DISTRICT COUNCIL NO. 36 HEALTH AND   )
12  WELFARE TRUST FUND; BOARD OF         ) NOTICE AND ORDER RE
    TRUSTEES OF THE PIPE TRADES DISTRICT ) DISMISSAL
13  COUNCIL NO. 36 PENSION TRUST FUND;   )
    BOARD OF TRUSTEES OF THE PIPE TRADES )
14  DISTRICT COUNCIL NO. 36 APPRENTICE   )
    TRAINING TRUST FUND; BOARD OF        )
15  TRUSTEES OF THE CENTRAL CALIFORNIA   )
    PIPE TRADES INDUSTRY LABOR-          )
16  MANAGEMENT COOPERATION COMMITTEE     )
    TRUST FUND,                          )
17                                       )
                  Plaintiffs,            )
18                                       )
         v.                              )
19                                       )
    GOLDEN STATE EXCAVATION, a           )
20  California Corporation,              )
                                         )
21                Defendant.             )
    _____)
22

23

24

25

26

27

28


    NOTICE AND ORDER RE DISMISSAL - Case No. C 06 7302 WHA              Page 1
```

1  PLAINTIFFS HEREBY request that the above-entitled action be
2  dismissed pursuant to Rule 41(a)(1)(i) of the Federal Rules of
3  Civil Procedure.

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

Dated: February 2, 2007        By:  /s/ Lori A. Nord
                                    LORI A. NORD
                                    Attorneys for Plaintiffs

SO ORDERED:

Dated: February 6, 2007        _____
                                    JUDGE
                               United States District Court

DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the State of California.  I am over the age of eighteen years and not a party to the within matter.  My business address is 595 Market Street, Suite 2200, San Francisco, California  94105.

I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for collection and processing of correspondence for mailing with the United States Postal Service.  It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

I served the following document(s) by placing a true copy of each such document for collection and mailing, in the course of ordinary business practice, with other correspondence of McCarthy, Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco, California  94105, on February 5, 2007, enclosed in a sealed envelope with postage fully prepaid, addressed in the manner set forth immediately below this declaration.

Document(s) served:

**NOTICE AND ORDER RE DISMISSAL**

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on February 5, 2007.


By _____
      DIANE NAKAMURA

Mr. Phillip Di Prima
Golden State Excavation, Inc.
16221 Iona Avenue
Lemoore, CA  93245